UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

EDIT GYURITZA,

    Plaintiff,

                                CASE NO.: 9:18-cv-81234-DMM

    v.

CAPIO PARTNERS, LLC,
a Texas limited liability company,

    Defendant.
_____/

## OFFER OF JUDGMENT

TO:    PLAINTIFF ABOVE-NAMED:

Pursuant to Fed. R. Civ. P. 68, and without admitting any liability, Defendant, Capio Partners, LLC ("Capio"), hereby offers to allow judgment to be taken against it in favor of plaintiff, Edit Gyuritza ("Plaintiff"), as follows:

1)    The party making the Offer of Judgment is Capio;

2)    The Offer of Judgment is being made to Plaintiff;

3)    Without admitting any liability, judgment shall be entered against Capio for actual and statutory damages in the amount of $1,001 for Capio's alleged violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.*, and any other violations Plaintiff alleges in this lawsuit against Capio;

4)    Without admitting any liability, the Judgment entered shall also include an amount for Plaintiff's reasonable costs and attorney's fees incurred with respect to the FDCPA claims against Capio. Reasonable costs and attorney's fees are to be agreed upon by the parties, or, if the parties are unable to agree, to be determined by the Court on application by Plaintiff's counsel;

5)     Without admitting any liability, the Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Capio, and said Judgment shall have no effect whatsoever except in settlement of those claims;

6)     This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Capio is liable in this action, or that plaintiff has suffered any damages; and

7)     In accordance with Rule 68, if Plaintiff does not accept this Offer of Judgment within fourteen (14) days after service of the Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If Plaintiff does not accept this Offer of Judgment, and the judgment finally obtained by Plaintiff is not more favorable than this Offer, then the Plaintiff must pay his costs incurred after this offer, as well as Capio's costs as allowed by the law of this District.

ACCEPTED: _____
                 EDIT GYURITZA

DATE: _____

Respectfully submitted,

*/s/ Rachel A. Morris*
Rachel A. Morris, Esq.
Florida Bar No. 91498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2464
Facsimile: (877) 334-0661
rmorris@sessions.legal
dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Capio Partners, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of February 2019, a copy of the foregoing was sent to the parties of record by U.S. First Class Mail and electronic mail including Plaintiff's counsel as described below.

Scott D. Owens, Esq.
Scott D. Owens, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
scott@scottdowens.com

*/s/ Rachel A. Morris*
Attorney

5) Without admitting any liability, the Judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff against Capio, and said Judgment shall have no effect whatsoever except in settlement of those claims;

6) This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Capio is liable in this action, or that plaintiff has suffered any damages; and

7) In accordance with Rule 68, if Plaintiff does not accept this Offer of Judgment within fourteen (14) days after service of the Offer, then the Offer shall be deemed withdrawn and evidence of this Offer will be inadmissible except in any proceeding to recover costs. If Plaintiff does not accept this Offer of Judgment, and the judgment finally obtained by Plaintiff is not more favorable than this Offer, then the Plaintiff must pay his costs incurred after this offer, as well as Capio's costs as allowed by the law of this District.

ACCEPTED: _Edit Gyuritza_
EDIT GYURITZA

DATE: __2/18/2019__

Respectfully submitted,

/s/ Rachel A. Morris
Rachel A. Morris, Esq.
Florida Bar No. 91498
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 890-2464
Facsimile: (877) 334-0661
rmorris@sessions.legal
dvanhoose@sessions.legal

2